IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ABREHAM ZEMEDAGEGEHU, :

      Plaintiff, :

v.      : Civil Action No. 1:15-cv-57

ARLINGTON COUNTY SHERIFF ELIZABETH F. ARTHUR,
       :

      Defendant.

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this case, Plaintiff, Abreham Zemedagegehu, and Defendant, Arlington County Sheriff Elizabeth F. Arthur, in her official capacity, file this stipulated notice of voluntary dismissal. Having reached a mutually agreeable settlement, the parties file this dismissal with prejudice. Although there were additional defendants when this case was commenced, each of those other parties was dismissed from this matter and therefore do not need to stipulate to this notice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

/s/
_____

Jonathan Goodrich, Esq., VSB 78522
Carolyn Perez (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Phone: (202) 887-4000
Fax: (202) 887-4288
jgoodrich@akingump.com
cperez@akingump.com

So Ordered:
/s/
_____
James C. Cacheris
United States District Judge

12/20/16

/s/
_____
Caroline E. Jackson, Esq. (admitted *pro hac vice*)
Debra J. Patkin, Esq. (admitted *pro hac vice*)

1

National Association of the Deaf Law and
Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-7466
Fax: (301) 587-1791
caroline.jackson@nad.org
***Attorneys for Plaintiff***

         /s/
Alexander Francuzenko, Esq., VSB 36510
Broderick C. Dunn, Esq., VSB 74847
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
bdunn@cookcraig.com
***Attorneys for Defendant***

2